## THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA
(Western Division)
42 USC § 1983 by a person in State Custody [Non-Penal]

**Dr. Rabbi Paul Michael Huston Ph.D.:**
                       **Plaintiff**                    **No. 5-21-CV-4012-LTS-KEM** _____

    Vs.                                               **COMPLAINT**

**Dr. Cory Turner M. L. S. D.:**
**Dr. Jason Smith Ps.. D.:**
**Brad Wittrock:**
**Dr. Steven Tjaden:**
**Dr. William Turner:**
**Tyler Newton [Maybe]:**
**Michael Dornack**
                 **Defendants**

### I. Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( X )

B.    If your answer to A is YES, please answer the questions below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

### II. Place of Present Confinement: Cherokee Mental Health Institute-CCUSO Unit

A.    Is there a prisoner grievance procedure in this institution?        YES ( X )    NO ( )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure? ( N/A )

### III. Parties

A. Name of Plaintiff: Dr. Rabbi Paul Michael Huston Ph.D.
        Address **1251 W. Cedar Loop #6. Cherokee, Iowa 51012**

B. Additional Plaintiffs _____ **N/A** _____ .

C. Defendant **Dr. Cory Turner M. L. S. D.** is employed as **Superintendent of C. M. H. I. & C. M. H. I.-CCUSO Unit** at **1251 W. Cedar Loop #6. Cherokee, Iowa 51012**.

D. Additional Defendant (s) is/are employed as **Dr. Jason Smith Ps. D.** *was* employed as **Former Superintendent of C. M. H. I. & C. M. H. I.-CCUSO Unit** at **1251 W. Cedar Loop #6. Cherokee, Iowa 51012. He is now employed as Clinical Director at Wisconsin CCUSO Unit, , ? , Wisconsin**

E. Additional Defendant (s) is/are employed as **Brad Wittrock** is employed as **Deputy Superintendent of C. M. H. I. & C. M. H. I.-CCUSO Unit** at **1251 W. Cedar Loop #6. Cherokee, Iowa 51012.**

F. Additional Defendant (s) is/are employed as **Dr. Steven Tjaden** was employed as **Clinical Therapist at C. M. H. I. & C. M. H. I.-CCUSO Unit** at **1251 W. Cedar Loop #6. Cherokee, Iowa 51012.**

G. Additional Defendant (s) is/are employed as **Dr. William Turner** is employed as **Clinical Therapist at C. M. H. I. & C. M. H. I.-CCUSO Unit** at **1251 W. Cedar Loop #6. Cherokee, Iowa 51012.**

H. Additional Defendant (s) is/are employed as **Tyler Newton [Maybe]** is employed as **Clinical Therapist C. M. H. I. & C. M. H. I.-CCUSO Unit** at **1251 W. Cedar Loop #6. Cherokee, Iowa 51012.**

I. Additional Defendant (s) is/are employed as **Michael Dornack** is employed as **Treatment Program Supervisor [TPS] at C. M. H. I. & C. M. H. I.-CCUSO Unit, 1251 W. Cedar Loop #6. Cherokee, Iowa 51012.**

### IV.    Jurisdiction

**This complaint is brought pursuant to 42 U.S.C. Section 1983, and jurisdiction is based in 28 U.S.C. Section 1343 (a) (3). Plaintiff(s) allege (s) that the defendant(s) acted under color of state law with regard to the facts stated in Part V of the complaint.**

## V. Statement of Claim

I am currently undergoing continued persecution for my religious beliefs & moral convictions. The State of Iowa is always being a day late & a dollar short. I am in danger because of the following true events that really happened, & the fact I was the victim *Their offer of relieve is to place me on a unit that has a seclusion cell, & also is a unit under quarantine even longer than we are. I am in danger of losing my health, in addition my roommate [Keven Harris] continually threatens & offers to sell or give away my Jewish Religious books. I literally have $1,000.'s wrapped up in my religion.* Statement of further facts,

6.   Starting: In early 2010 Alan Fowler (Feb.? 2010), assaulted me by slapping me in the face, [he had threatened me earlier; before group, Dr. Waldemar warned him; ["failing polygraphs wasn't a reason to threaten peers."] He struck me in the hallway while I was waiting to take my diabetes glucose check at lunch pill line. Pt. Donald J. DeMoss Jr. held him back, I was looking for my glasses & then thinking about his unprovoked attack, I did nothing to get assaulted for. [People nowadays say I did this & that, etc.] I filed criminal charges to make CCUSO separate Fowler from me when he returned from jail. They would not move him otherwise.

7.   In 2015 I was touched repeatedly on my back, arm, etc, by Scott Bennett; [in Aug. 1988 he sodomized me while another made me submit through violence.] I took it to Tjaden & group, nothing was done about it. On Dec. 25, 2018 Scott Bennett touched my back rubbing it sexually, I got up & he left, he repeated these actions, so I went to the only staff I trusted, [we had two burly men, I did not know, so] I told LPN Cynthia about it & she helped keep an eye on him, then as I journaled he was walking up behind me (unbeknownst to me,) LPN Cynthia came down & asked what I was doing? I told her journaling I even journaled some uncomfortable stuff from the morning, she asked if she could read it? I said yes, (not knowing she was making small talk.) I asked her afterwards, what's up, you're interested in treatment w/ me now? She said, "He was coming down here, so I headed him off." *[Later I was placed on provisional Phase 3 Because she read about my intervention walking away in the morning when she bent over w/ very revealing pants, as considered sexual arousal & intentionally letting her read it!! I later lost my Phase 3 on other trivial bullshit, this was the catalyst. Yet we are encouraged to cooperate w/ staff, by William Turner]*

8.   Yet again on Aug. 19, 2020 Jack Merrifield sexually accosted me, while I was working in the main kitchen, he referred to bus boys as waitresses, & told us [our uniform] apron's looked like skirts, he wanted to see undermine, when I was walking back to the dish room, Merrifield grabs my ass, I tell the peer supervisor, [Bradford] then staff, [Joe Daum] & the TPS [Dornack] is called, he does nothing as usual.

9.   On Aug. 22, 2020 Cameron Jackson, doesn't like something I said about him not calling a peer named Elroy a retard, he then tells me to shut up, runs up & grabs my Jewish skullcap off my head pulling my hair in the process. I told him to get the fuck away from me right now (I haven't committed a violent act since 1994.)

10. On Sept. 22, 2020 Geoffrey Thomas kept trying to tell me what we could & could not get for seconds off regular food, even though it is kosher & we are allowed kosher seconds on extra's. Later on I was missing my laundry bag I put in the dryer w/ my clothes, AR Holl [PSS in the office was on the phone] she asked me to come back when she was off. I did & Geoff insisted was cutting in front of him, I told him I was asked to come back when she got off the phone. He starts puffing out his chest, I tell him to knock off the tough guy routine. He then shoves me clear across the hallway floor. Staff call first responders, they talk to me in the unit kitchen, I tell them I am sick of the stupid shit. I get a report over his whining, & later it is dismissed. I should not be subject to having my life endangered, my religion persecuted & my liberty threatened & w/ held because of these persecutions. I would be Phase 4 now & ½ way to transition w/out even going to court had they did something to these miscreants & left my Phase 3 alone. I did not sexualize or intentionally intend for the LPN [Cynthia ] to read about my having to walk away because of her skimpy clothing.

## VI. Relief

(State briefly exactly what you want the court to do for you. Cite no cases or statutes.)

7.   An order of protection Ad Litem be ordered so the defendants, cannot turn around & retaliate later.

8.   I be restored to Phase 3. or Phase 4 if I am in Phase 3 when this case is decided. [These Phases are at the sole discretion of CCUSO, & do not require going to court to get.

9.   I be given Pecuniary damages as determined by the court.

10.     I be given Punitive damages as determined by the court.

11.     I be given Actual damages as determined by the court.

12.     I be awarded any costs or [Attorney] counsel fees if any is appointed.

## Additional Claims

In Aug. 2020 Pt. Vantine purposely stuck his arm out & pushed me down. PSS Wyatt Hicks & [Either Dillon, or Mike Hallon] saw this & wrote him up. He somehow got a TPS to dismiss the report saying that the camera showed I walked into his arm, when he didn't have it out until he was close enough to knock me down over two chairs. They are afraid he will sue CCUSO & get his Phase 3 if they take it, like he did when he assaulted Carl Rupe in Spring 2018. Now he has assaulted a transgender [Dusty "Nikki" Hopkins] in my room [he came in my room] & drove Hopkins over to my bed I was in at the time. We came down w/ COVID & went to S-2 for 2 weeks. Afterwards he [Vantine] threatens me insinuating that I have been calling him punks & bitches. That may have been to the staff who were passing out breakfast that he lied to saying I can only get juice, when if they pass two cereals to each patient I am entitled by kosher settlement w/ administration to get the second cereal as one is the serving size, not two. The second is extra, & kosher, we are entitled to any extra that is kosher. Vantine swears I always sided w/ Hopkins, when I did not, he was the one calling Vantine the punk ass bitches, etc. I sent kites in when staff did their bad conduct. Staff [Brian Shea] swear they do not have favorites, but I cannot tell, Vantine got dropped to Phase 1 Level 1 for the December 2020 incident, yet keeps his single man room, you are supposed to have to earn. Yet again Friday January 22, 2021 he hits Hopkins again. They move Hopkins off the unit to S-6 for the weekend they say. Yet Vantine gets a report, they refuse to call police on Vantine for Hopkins, or even the TPS. I was promised to be put on the list for a single man room when Barnes got me moved out of mine on S-9, Room #3. Barnes had cried to TPS Everett everyday that he was Phase 4 & black so he should have the single man room instead of being in a big room w/ just Marcus Hadley. Marcus gets moved, then they place me in that big room w/ Schmuecker & Rutherford. I am later bounced to S-7 & get reports, some dismissed, some stick. One I had to go clear to superintendent Turner to get it dismissed because the staff believed two low functioning patient when it was one of them calling me the retard, not me calling anything wrong, I was kept out of industrial for 30 days because of the report. I came back to S-9 over the bully on S-7 trying to extort & intimidate patients. I do not get a single still. Then when they move a patient on 1-18-21 to S-8 for medical, they give Jim Dake the single he didn't earn because he is another favorite of the staff. I have given information about sex acts I had to leave the room while they were being performed, I didn't want to watch that & fail my polygraphs or get hemmed up. I have repeat-edly put in room move request kites on official forms. Denied, I still have one pending. It will probably be denied as well. On Wednesday August 5, 2020, I came out of my room because they called Chapel, I was walking on the Right side of the hall-way, as I am used too: **Slow traffic keep to the Right!** Pt. David Vantine comes barreling into me, says I have told you before, "stay the **Fuck** out of my way & about running into him." He then shoves me; I hit the table, the chair, & the floor, barely recovering from the incident before going flat to the floor, I immediately go to the door like directed for yard & Chapel, Pt. Vantine continues to make threats, which I do not respond too. [Some instances were; "I am not telling you anymore, you'll get more of that, if you run into me again." The new PSS, Dillon [I believe] was escorting the one-on-one w/ Pt. Terrence Dunn, Terrence even suggest they wait to see if staff need him [Dillon]. About that time, PSS Dillon asked me, "Did he shove you?" I said, "Yes!" Dillon said, "I thought so." PSS Wyatt Hicks said, "I'll handle it, I thought he shoved him." I went to chapel, & later that night when I saw TPS Tony Henderson, I asked him about the matter, he said it was dealt w/. I have a kite from before I went to S-7 where PSS Traci Lund separated Vantine from me when Vantine spit in my face in 2019, Traci said he did not see it, there is an incident on file over it. Sexual Misconduct of Pt. towards Pt. On August 19, 2020 Between Approx. 11:40-11:55 AM Pt. Jack Merrifield on the North Side of the hallway on S-3 in front of the music room door grabbed my butt. He kept sex talking before grabbing my butt about how I was supposedly wearing a skirt, he may've been trying to grab the apron strings. The whole situation though makes it looks like he meant to grab my ass from the beginning. Physical Assault on Me & Religious Property by Pt. I was looking up some treatment stuff, at approx.. 9:25 AM & Pt. Cameron Jackson came down the hallway talking ,"*Mind your own business*, **You Black Mother Fucker.**" Pt. Elroy Morrow had said something about, **"The inappropriateness of the sexual acting out Cameron pressured Lucas into."** I said to Cameron, **"Lucas was well liked up here, so you are go-ing to get held accountable by a lot of people up here."** At which time Cameron attacked me, he came over snarling like a rabid animal, yelling: **"Mind your own fucking business!"** I told him, **"Sexually acting out on the unit, is everyone's business on this unit."** He grabbed my Yarmulke AKA Kippah (Skull Cap) & some of my hair & threw my Kippah to the floor by the S-9 North end door. I told him, **"You need to get the fuck off of me right now!"** He did not attempt to leave, so I jumped to the left, while he was on the right side of me, so staff could clearly see, if I had to defend myself it would be his second attack on me & I would deal in kind. Pt. Jarvis Burse flew out of their room, & a staff member PSS Dillon I think, flew down here. The pulling my hair really pissed me off, I am trying to get my Phase 3 back, but my patience w/ these physical & attempted sexual assaults is really wearing thin!

*Dr. Rabbi Paul Michael Huston* Ph.D.

**Dr. Rabbi Paul Michael Huston Ph.D.**

### VII.   Statement Regarding Assistance in Preparing This Complaint

A.   Did any person other than a named plaintiff in this action assist you in preparing this complaint?
YES ( ) NO ( X )

B.   If your answer is YES, name the person who assisted you.

C.   Signature of person who helped prepare complaint.

### VIII. Signature(s) of Plaintiff(s)

Signed this 25TH day of **February,** 20 **21**

*Dr. Rabbi Paul Michael Huston* Ph.D.

**Dr. Rabbi Paul Michael Huston Ph.D.**

TPS McQueen!

## REQUEST FOR CCUSO STAFF SERVICES

Patient Name Paul Huston       Unit S-9  Date 7-27-20

Request: On Every Day Either Deon or Dove (vantine) (When not bag cereal) Empties Individual cereals Two per Bowl into the bowls. (Attached)

See Memo 5/16/15. Re: Kosher Food      Two means one is extra. They refuse me from jumping if there were an extra bowl @ End Tea & Am more.

See PSS Staff First, PSS Signature: PSS Cody Clarkson

PSS Referred Patient To: ___ Supervisor ___ Therapist ___ Clinical Director ___ Director

Response: Please speak c̄ PSS Shea

Staff Signature: _____       Date: 8-9-20

---

Brian Shea!

## REQUEST FOR CCUSO STAFF SERVICES

Patient Name Paul Huston       Unit S-9  Date 9-10-20  8-09-20

Request: TPS McQueen directed you to look into Pts. Deone Vantine: put 2 cereals in each bowl. Deon Refuses contrary to Tx. memo to set/ Deve Scott / @ 1 of the extra's aside for me. (he told Tal Elroy or I get extras when leftover.)

PSS Referred Patient To: ___ Supervisor ___ Therapist ___ Clinical Director ___ Director

Response: TPS McQueen did not direct me to do the before mentioned task. As I have said before, you need to talk to staff present at the time of your complaint. This kite is a directive from me to refer to the staff present when the incident occurs. Thanks, Brian

Staff Signature: _____       Date: 9/10/20

RECEIVED SEP 10 2020



# Iowa Department of Human Services (DHS)
## Civil Commitment Unit for Sexual Offenders (CCUSO)
### Patient Grievance

Patient Name: Paul Huston    Date & Time of Incident: 9 10 630AM

Unit: S-9    Date & Time of Sanction(s): _____

Description of Patient/Unit Issue, Sanction, and/or a Potential Patient Rights Violation (Attach Additional Documents If Necessary):

on Several Dates & This date in Particular Deon or Vantine puts 2 cereals in each bowl. Today No cereal on menu Yet it was out for everyone. Deon Refused me stating Else & I always get it at the end. When he Puts it out, It was extra From the Beginning. PSS TJ witnesse

Has This Issue Been Processed with a Therapist or Treatment Program Supervisor (TPS)? ☒ Yes ☐ No

Date of Processing: 8/09/20    Name of Therapist or TPS: Steve McQueen

Action Requested by Patient:

1.) Deon & Vantine be ordered when they have enough for 2 cereals in bowls, 1 cereal-Kosher be set aside for me.

2.) When cereal is put out, but not on The menu I can get a bowl.

Patient Signature: _Paul M. Huston_    Date & Time: 9/10/20 656AM

Therapist or TPS Signature: _____    Date & Time: 9-10-2020

| Continuance Requested? ☐ Yes ☐ No | Continuance Granted? ☐ Yes ☐ No |
|---|---|
| Therapist or TPS Signature: _____ | Date & Time: _____ |

**NOTE:** *A patient has five (5) regular business days to submit a Patient Grievance after identifying a patient or unit issue, upon receiving written notice of a sanction associated with a violation of rules or expectations, or upon becoming aware of a potential violation of their patient rights, otherwise a grievance on the issue will not be accepted. A continuance may be granted, provided this is approved and documented by the therapist or TPS prior to the expiration of the established deadline.*

Treatment Team Response: _See attached documents_

You Are Allowed Kosher cereal. Thank You!

Treatment Team Representative Signature: _____    Date & Time: 9-15-20

| Continuance Requested? ☐ Yes ☐ No | Continuance Granted? ☐ Yes ☐ No |
|---|---|
| CCUSO Deputy Superintendent/Clinical Director/Designee Signature: _____ | Date & Time: _____ |

**NOTE:** *This step will be completed within five (5) regular business days from the point the patient completes a Patient Grievance. A continuance may be granted, provided this is approved by the CCUSO Deputy Superintendent, CCUSO Clinical Director, or designee, and documented prior to the expiration of the established deadline.*

**Appeal**
*Decisions may be appealed to the CMHI/CCUSO Superintendent or designee via the completion of a Patient Appeal that summarizes the basis for the appeal within five (5) regular business days of the Treatment Team's decision. The Patient Appeal will be answered in writing by the CMHI/CCUSO Superintendent or designee within five (5) regular business days of the receipt of the appeal unless the need for a continuance is documented prior to the expiration of the established deadline.*

*Civil Commitment Unit for Sexual Offenders (CCUSO)*    *1*    *Patient Grievance*



# CCUSO Memorandum

**To:** All Units

**CC:**

**From:** Chaplain Bob

**Date:** 5/16/15

**Re:** Kosher Food

COPY

It will be allowed for the Jewish patients to participate in any "extra" Kosher food that is being disturbed on the units during the meal times. This would largely consist of <u>unpeeled</u> fruit such as bananas, apples. It could also include any Kosher breakfast cereal that might be distributed as left over from the morning meal. At no time is there to be any food distributed to the Jewish patients that is clearly not marked as Kosher, or fruit peeled, or food and fruit in an unapproved container (not from kitchen). If there is a question, please hold the item for clarification and do not distribute. If any Jewish patient participates in eating unapproved food, please initiate an incident report stating as such.

I hope this clarifies the confusion on what our Jewish patients can and cannot have. Again, thanks for your help in supporting our Jewish patients in their diet quest.

Robert Stout

Chaplain

 Department of
HUMAN SERVICES

# Civil Commitment Unit for Sexual Offenders (CCUSO)
*CCUSO Behavior Report*

**Document Number:** 200915PHustonTL

**Staff Reporting Incident:** PSS Tracy Lund

**Patient Name / Number:** Paul Huston # 010701

**Involved / Witnesses:** PSS Tracy Lund PSS Reese Jackson # 011607 Geoffrey Thomas

**Date & Time of Violation:** 16:45 hours

**Location of Violation:** South 9 North Hall

**Rule Violation(s):** Disruptive Behavior: Engaging in loud or disruptive behavior or horseplay

Inciting Disruptiveness/Harassment: Urging others by words or conduct to behave disruptively and/or intentional provocation of other patients that are capable of program disruption

Disobeying an Order: Failure to promptly and respectfully obey any direct order given by a staff member. In the event of conflicting orders, the last order shall be obeyed

**Observations:** On 9/15/2020 this writer (PSS Tracy Lund) was assigned as the first responder on South 9. This writer was performing 1to1 duties at approximately 16:45 hours on the South 9 North hallway. This writer noticed that patient # 010701 was becoming agitated that he could not get seconds on food during the dinner time on the unit. Patient # 010701 was redirected by this writer several times to walk away from the dinner area and find something to do while other patient's ate their food. Patient # 010701 did not follow any directives given towards him and began to argue with patient # 011607 about unknown issues. Both patients were yelling profanity at each other during this time. This writer again directed patient # 010701 to exit the area and continue his day. Patient # 010701 continued to argue with patient # 011607 and they both started to approach each other in an aggressive way. Patient # 011701 disregarded any directives given by this writer and in result was pushed by patient # 011607 in an aggressive manor and first responder call was made.

**Authorities Notified:** TPS Jarrod Rapp

**Staff Electronic Signature:**

*Tracy Lund*
Tracey Lund
Psychiatric Security Specialist

**Date:** 9/15/2020

Case 5:21-cv-04012-LTS-KEM     Document 4     Filed 03/19/21     Page 8 of 21

| | |
|---|---|
| **Document Number:** | 200915PHustonTLJRd |
| **Patient Name / Number:** | Paul Huston # 010701 |
| **Investigation Deadline:** | Extended to 10/13/20 |
| **Investigator:** | TPS Jared Rapp |
| **Summary of Findings:** | Pt. 010701 behavior report has been dismissed do to timeliness. Pt 010701 behavior report was past the investigation deadline. |
| **Associated Dynamic Risk Factors:** | NA |
| **Identified Responsivity Issues:** | NA |

*Staff have reviewed this CCUSO Behavior Report – Investigation Disposition with me and provided me a copy. I understand that any issues I have with this CCUSO Behavior Report – Investigation Disposition can be processed with my assigned therapist in treatment, as appropriate. A CCUSO Behavior Report – Investigation Disposition may be appealed by following the grievance process outlined in the CCUSO Patient Handbook.*

**Patient Signature:** _____    **Date :** _____

*Jared Rapp 8A*
Jared Rapp
Treatment Program Supervisor

**Investigator Electronic Signature:**

**Date:**    10/14/20

Distribution:    Patient; Patient Electronic Record; Treatment Program Supervisor (TPS) staff; Clinical Department; Health Services; CCUSO Clinical Director; CCUSO Deputy Superintendent; CMHI/CCUSO Superintendent

PPR: CCUSO Deputy Superintendent
Adopted: 10/9/16
Reviewed: 12/25/16; 2/24/19
Revised: 12/25/16; 2/24/19

Case 5:21-cv-04012-LTS-KEM    Document 4    Filed 03/19/21    Page 9 of 21



Iowa Department of Human Services (DHS)
Civil Commitment Unit for Sexual Offenders (CCUSO)  RECEIVED NOV 12 2020
*Unit and/or Room Assignment Request*

**Date of Request:** November 11, 2020

**Patient Name / Number:** Paul Michael Huston    010701

**Primary Therapist Name:** Tyler Newton

**Current unit:** South 9

**Current Room Number:** 21

**Requested Unit:** South 5

**Requested Room Number:** Any Single (Preferably)

**Rationale for Request** I reiterate the numerous physical assaults I underwent from Keven Harris, especially if he thought his "Bitch" Geoffrey "Bailee" Thomas was being disrespected, or he thought he was being disrespect. I am tired of the bullshit, he continually pushes peoples buttons, I almost broke my 26 yr. oath of non-violence to break his nose & let him know I am not Harold Thomas, I would be packing 26 yrs. of built up frustrations into my punches. I would break bone & be unable to stop myself, I would get at least assault causing bodily injury a Class "D" Felony, or Attempted Murder a Class "B" Felony. I am sick & tired of the bullshit. I cannot even do my morning meditations or prayers anymore because my roommate & his transgender girlfriend, won't have the room at a reasonable temperature, & that makes it very hard to do services, since I cannot get to an appropriate area to do my religious services/practices.

Witness(es)
PSS Sara Eiss 6-2 Shift, PSS Shane on 10-7 shift, LPSS Luz Swain 10-7 Shift.

1. I have shown physical scars that were less than 24 hrs. old to PSS Sara Eiss on Saturday 10/10/20, accompanied by a RAT kite for Deon Campbell's old room, they rewarded the assaultive & belligerent David Vantine w/. [My opinion on the facts of Mr. Vantine's behavior is a separate issue.]

2. I have been put in a single room overnight when Keven was unreasonable at night w/ music & I had to work in the kitchen on Sunday, I believe 10/11/20 or 10/18/20 it would have been 10/10 or 10/17/20 by LPSS Luz Swain.

**Patient Signature:** *Paul Michael Huston*  Date: 11/11/20

---

Patient has processed this request with his primary therapist and group:    ☒ Yes  ☐ No

**Primary Therapist Response:** Denied

**Primary Therapist and group support this request:**    ☒ Yes  ☐ No
**Primary Therapist Signature:** _____    Date: 12-2-2020

Distribution Patient, Patient Electronic Record, Treatment Program Supervisor (TPS) staff, Primary Therapist, RAT

PPR: CCUSO Clinical Director
Adopted
Reviewed: 10/9/16
Revised: 10/9/16
Civil Commitment Unit for Sexual Offenders (CCUSO)    1    Unit and/or Room Assignment Request

## REQUEST FOR CCUSO STAFF SERVICES

Patient Name **Paul Huston**   Unit **S-2**   Date **1-04-21**

Request: I am tired of my "Bitch Ass" roommate Hopkins thinking (s)he has to have loud music All night to sleep.

Also Freezing me out. Harris backs him up. Hopkins turns heat off in bathroom. There is a single Rm. I open bed over

See PSS Staff First, PSS Signature: Harris

PSS Referred Patient To: **X** Supervisor ___ Therapist ___ Clinical Director ___ Director

Response: Please discuss with unit staff working

I will also share copy with Health Services staff

Staff Signature: Elaine   Date: 1\4\21

---

## REQUEST FOR CCUSO STAFF SERVICES

RECEIVED JAN 19 2

NPD

Patient Name **Paul Huston**   Unit **S-9**   Date **1-16-21**

Request: Today PSS Keisha was passing out cereal Everyone got Two, She refused me the Extra because Vontin I told her of TX. memo

told Staff I only get Juice

Brian Shea has Refused to intervene because he is not here

See PSS Staff First, PSS Signature:

PSS Referred Patient To: **X** Supervisor ___ Therapist ___ Clinical Director ___ Director

Response: noted

Staff Signature: PSH   Date: 1/20/21

Hu:

Beth said I couldn't get because we are pretty situated down here. IF A single was open when I come down I would've gotten it. The freezing me out, Noise All night needs to stop.

RECEIVED JAN 19 2021

## REQUEST FOR CCUSO STAFF SERVICES

Patient Name Paul M. Huston  Unit 5-9  Date 1-18-21

Request: We need to talk to you Right Away regarding The Favoritism of staff Pets, who get rewarded For bad behavior. RD (Thank you

See PSS Staff First, PSS Signature: _____

PSS Referred Patient To: _X_ Supervisor ___ Therapist ___ Clinical Director ___ Director

Response: I will meet with you soon as I can.

Staff Signature: _____  Date: 1/19/21

---

RECEIVED JAN 2 2 2021

## REQUEST FOR CCUSO STAFF SERVICES

Patient Name Paul Huston  Unit 5-9  Date 1-22-21

Request: Jared, You need to do something. You & TPS Henderson were told about Vantine & his favorite status being Rewarded for bad behavior.) it creates An unsafe Living environment. (him Drake.

See PSS Staff First, PSS Signature: _____

PSS Referred Patient To: _X_ Supervisor ___ Therapist ___ Clinical Director ___ Director

Response: Paul you need to be more specific, I'm not sure what it is your refering to.

Staff Signature: _____  Date: 1/26/21



Iowa Department of Human Services (DHS)
Civil Commitment Unit for Sexual Offenders (CCUSO)
*Unit and/or Room Assignment Request*

**Date of Request:** **January 22, 2021**

**Patient Name / Number:** **Dr. Rabbi Paul Michael Huston Ph.D.**

**Primary Therapist Name:** **Tyler Newton**

**Current unit:** **South - 9**

**Current Room Number:** **22**

**Requested Unit:** **South – 5 or whatever is available except Not South - 7**

**Requested Room Number:** **Single man room, if on S-5 just move Bennett off S-5, I cannot w/ him on unit.**

**Rationale for Request:** **I deserve a single man room. I have been repeatedly denied on S-2 by bigoted staff, [Jayla for one], they let crybabies like Jeff Goodwin get single man status on S-2 when he was in a group room, (on S-2) I was down here first. It is ridiculous the way I have been treated. I asked everytime one was available, & they let everyone get one ahead of me. If it had not been for the roof falling in the group room I was in, I would not have gotten moved to another group room. I am sick & tired of the bullshit; The threats, being kept in an unsafe, inhumane, & unhygienic environment. I have been repeatedly denied a single man room on S-9 because I wasn't Phase 4 & Black (Barnes got mine #3, because he was a Phase 4 & black, crying to TPS Everett every chance he got. He was on a big room w/ only Marcus Hadley. Then I get put in that same room, w/ Schmuecker, & Rutherford, making it a 3 man room, on 1-18-21 they give Dake Hobmeier's old single man room, he didn't deserve it, he instigated the shit when Vantine came in my room & attacked the Transsexual Dusty "Nikki" Hopkins. He should not be rewarded, calling me a bitch all the time, w/ his punk sidekick Vantine. I am eligible for phase 3 on Feb. 1, 2021, I am technically eligible right now, but the 90 days report free is up Feb. 1, 2021.**

**Patient Signature:** **Dr. Rabbi Paul Michael Huston Ph. D.** **Date: 1/10/2021**

--------------------------------------------------------------------------------

Patient has processed this request with his primary therapist and group: ☒ Yes ☐ No

Primary Therapist Response: *Okay*

Primary Therapist and group support this request: ☒ Yes ☐ No

**Primary Therapist Signature:** _____ **Date:** _____
                                       **Tyler Newton**

Distribution Patient, Patient Electronic Record, Treatment Program Supervisor (TPS) staff, Primary Therapist, RAT

PPR: CCUSO Clinical Director
Adopted
Reviewed: 10/9/16
Revised: 10/9/16
Civil Commitment Unit for Sexual Offenders (CCUSO)     1     Unit and/or Room Assignment Request



Iowa Department of Human Services (DHS)
Civil Commitment Unit for Sexual Offenders (CCUSO)
*Unit and/or Room Assignment Request*

**Date of Request:** January 27, 2021
**Patient Name / Number:** Dr. Rabbi Paul Michael Huston Ph.D.
**Primary Therapist Name:** Tyler Newton
**Current unit:** South - 9
**Current Room Number:** 22
**Requested Unit:** South – 5 or whatever is available except Not South - 7
**Requested Room Number:** Single man room, if S-5 just move Bennett off S-5, I cannot be around him.
(He raped me in 1988 in Juvenile, & accosted me 12/25/2018!!)

**Rationale for Request:** On 1-18-21 they give Dake Hobmeier's old single man room, he didn't deserve it, he instigated the shit when Vantine came in my room & attacked the Transsexual Dusty "Nikki" Hopkins. He should not be rewarded, calling me a bitch all the time, w/ his punk sidekick Vantine. Vantine continues to threaten my life, staff do nothing about, regardless of how many times they are told he is doing this. Pt. Vantine has assaulted the same patient twice, staff want to justify this by allowing him to remain in a single man room. They only took one level from him in December when he came in my room, chased Hopkins over to my bed & started swinging, I told him not to get blood on my stuff. He went from Level 5 to Level 4. It should have been a level one offense. Everyone else gets dropped to level one for similar shit. I am not taking my *Psych. Meds* so I can defend myself. I have been assaulted by Vantine before Oct. 2020 he knocked me over chairs & TPS dismiss-ed it saying that the camera showed I walked into his arm. Bullshit, he didn't stick it out until he went to shove me over some chairs, both PSS Wyatt Hicks & [either Dillon or Mike Hallon] wrote him up. They were eye wit-nesses to the incident, the camera be damned. The TPS is scared Vantine will get his Phase 3 back by lawsuit if they take it, as he did it before. I am not going to keep being assaulted, I will strike back from now on, as CCUSO does nothing to their pets. Brian Shea was told about his favoritism, he denies having. It seems only Vantine's victims get moved he is Teflon [bullet proof!!] I am sick of it, I have let my attorney know too!! I am eligible for phase 3 on Feb. 1, 2021, I am technically eligible *RIGHT NOW*, but the 90 days report free is up Feb. 1, 2021. To compound matter I was mistreated by Jayla on S-2 so I stopped taking my Psych. Meds down there, as Jeff Goodwin was being aggressive & trying to intimidate. I deserve a single man room. I have been repeatedly denied on S-2 by bigoted staff, [Jayla for one], they let crybabies like Jeff Goodwin get single man status on S-2 when he was in a group room, (on S-2) I was down here first. It is ridiculous the way I have been treated. I asked everytime one was available, & they let everyone get one ahead of me. If it had not been for the roof falling in the group room I was in, I would not have gotten moved to another group room. I am sick & tired of the bullshit; The threats, being kept in an unsafe, inhumane, & unhygienic environment. I have been repeat-edly denied a Single man room on S-9 because I wasn't Phase 4 & Black (Barnes got mine, #3 because he was a Phase 4 & black, crying to TPS Everett every chance he got. he was in a big room w/ only Marcus Hadley. Then I get put in that same room, w/ Schmuecker, & Rutherford, making it a 3 man room).

**Patient Signature:** Dr. Rabbi Paul Michael Huston Ph. D. **Date:** 1/10/2021

-------------------------------------------------------------------------------------

Patient has processed this request with his primary therapist and group: ☒ Yes ☐ No
Primary Therapist Response: *Okay*

Primary Therapist and group support this request: ☒ Yes ☐ No
Primary Therapist Signature: _____ Date: _____
Tyler Newton

Distribution Patient, Patient Electronic Record, Treatment Program Supervisor (TPS) staff, Primary Therapist, RAT
PPR: CCUSO Clinical Director
Adopted Reviewed: 10/9/16
Revised: 10/9/16
Civil Commitment Unit for Sexual Offenders (CCUSO)          1          Unit and/or Room Assignment Request



Iowa Department of Human Services (DHS)
Civil Commitment Unit for Sexual Offenders (CCUSO)
*Unit and/or Room Assignment Request*

RECEIVED FEB 1 2021

**Date of Request:** **January 27, 2021**
**Patient Name / Number:** **Dr. Rabbi Paul Michael Huston Ph.D.**
**Primary Therapist Name:** **Tyler Newton**
**Current unit:** **South - 9**
**Current Room Number:** **22**
**Requested Unit:** **South – 5 or whatever is available except Not South - 7**
**Requested Room Number:** **Single man room, if S-5 just move Bennett off S-5, I cannot be around him.**
**(He raped me in 1988 in Juvenile, & accosted me 12/25/2018!!)**

**Rationale for Request:** **On 1-18-21 they give Dake Hobmeier's old single man room, he didn't deserve it, he instigated the shit when Vantine came in my room & attacked the Transsexual Dusty "Nikki" Hopkins. He should not be rewarded, calling me a bitch all the time, w/ his punk sidekick Vantine. Vantine continues to threaten my life, staff do nothing about, regardless of how many times they are told he is doing this. Pt. Vantine has assaulted the same patient twice, staff want to justify this by allowing him to remain in a single man room. They only took one level from him in December when he came in my room, chased Hopkins over to my bed & started swinging, I told him not to get blood on my stuff. He went from Level 5 to Level 4. It should have been a level one offense. Everyone else gets dropped to level one for similar shit. I am not taking my *Psych. Meds* so I can defend myself. I have been assaulted by Vantine before Oct. 2020 he knocked me over chairs & TPS dismissed it saying that the camera showed I walked into his arm. Bullshit, he didn't stick it out until he went to shove me over some chairs, both PSS Wyatt Hicks & [either Dillon or Mike Hallon] wrote him up. They were eye witnesses to the incident, the camera be damned. The TPS is scared Vantine will get his Phase 3 back by lawsuit if they take it, as he did it before. I am not going to keep being assaulted, I will strike back from now on, as CCUSO does nothing to their pets. Brian Shea was told about his favoritism, he denies having. It seems only Vantine's victims get moved he is Teflon [bullet proof!!] I am sick of it, I have let my attorney know too!! I am eligible for phase 3 on Feb. 1, 2021, I am technically eligible *RIGHT NOW*, but the 90 days report free is up Feb. 1, 2021. To compound matter I was mistreated by Jayla on S-2 so I stopped taking my Psych. Meds down there, as Jeff Goodwin was being aggressive & trying to intimidate. I deserve a single man room. I have been repeatedly denied on S-2 by bigoted staff, [Jayla for one], they let crybabies like Jeff Goodwin get single man status on S-2 when he was in a group room, (on S-2) I was down here first. It is ridiculous the way I have been treated. I asked everytime one was available, & they let everyone get one ahead of me. If it had not been for the roof falling in the group room I was in, I would not have gotten moved to another group room. I am sick & tired of the bullshit; The threats, being kept in an unsafe, inhumane, & unhygienic environment. I have been repeatedly denied a Single man room on S-9 because I wasn't Phase 4 & Black (Barnes got mine, #3 because he was a Phase 4 & black, crying to TPS Everett every chance he got. he was in a big room w/ only Marcus Hadley. Then I get put in that same room, w/ Schmuecker, & Rutherford, making it a 3 man room).**

**Patient Signature:** **Dr. Rabbi Paul Michael Huston Ph. D.** **Date: 1/10/2021**

-----------------------------------------------------------------------

Patient has processed this request with his primary therapist and group:    ☒ Yes  ☐ No
Primary Therapist Response: *Okay*

Primary Therapist and group support this request:    ☒ Yes  ☐ No
Primary Therapist Signature: _____    Date: _____
                                    Tyler Newton

Distribution Patient, Patient Electronic Record, Treatment Program Supervisor (TPS) staff, Primary Therapist, RAT
PPR: CCUSO Clinical Director
Adopted Reviewed: 10/9/16
Revised: 10/9/16
Civil Commitment Unit for Sexual Offenders (CCUSO)    1    Unit and/or Room Assignment Request

See reverse for response.

Room move discussed at RAT Meeting 2-22-21.
Room move is unavailable at this time. Other moves
done prior to meeting to alleviate tension in room
will consider and discuss move at future meetings.

B. Kosla    2-24-21

Huston SP

Tyler Newton

**REQUEST FOR CCUSO STAFF SERVICES**

RECEIVED JAN 2 8 2021

Patient Name Paul Huston   Unit 5-9   Date 1-28-21

Request: Please take Proposal to reduce deductions (Attached) from Acct. As Death bed visit is Paid in Full. I am pay price of Funeral owed.   below initial

See PSS Staff First, PSS Signature: _____

PSS Referred Patient To: ___ Supervisor  X Therapist ___ Clinical Director ___ Director

Response: There are 2 accounts each being paid off at .50¢ it has to continue that way till paid off

Staff Signature: _____   Date: 2-7-21

---

Tyler Newton

**REQUEST FOR CCUSO STAFF SERVICES**

RECEIVED JAN 2 8 2021

Patient Name Paul Huston   Unit 5-9   Date 1-28-21

Request: Please Process move Request Kite. Attached It is important. No one here listens. I quit taking my Psych. meds, so. I can defend myself.

See PSS Staff First, PSS Signature: _____

PSS Referred Patient To: ___ Supervisor  X Therapist ___ Clinical Director ___ Director

Response: I am glad to see you taking your meds again after our talk. We have to further discuss room request further as it was denied at this time.

Staff Signature: _____   Date: 2-8-21

*Mac Newton*

**REQUEST FOR CCUSO STAFF SERVICES**

RECEIVED FEB 0 1 2021

Patient Name **Paul Huston**    Unit **5-9**    Date **2-07-21**

Request: Please take Attached Phase 3 Proposal w/Disclosure Log before clinical team this week. I)

See PSS Staff First, PSS Signature: _____ *PSS Harith* _____ I have goodys too

PSS Referred Patient To: _____ Supervisor  ~~Therapist~~  _____ Clinical Director _____ Director

Response: We can again discuss requirements & fitness for phase promotion in group.

Staff Signature: _____    Date: **2-8-21**

---

*Newton through*

**REQUEST FOR CCUSO STAFF SERVICES**

RECEIVED FEB 0 1 2021

Patient Name **Paul Huston**    Unit **5-9**    Date **2-05-21**

I went to TPS

Request: Still Nothing is done about Vantine Threatening me Again. I told Jesse W (I was Approved for Single by Newton 2/02/21. He was tobute They started Signing for conteen Testerd

See PSS Staff First, PSS Signature: _____

He thinks They didn't Vantine starts threats Again

PSS Referred Patient To: _____ Supervisor _____ Therapist _____ Clinical Director  ☒ Director

Response: You are encouraged to bring these issues to the attention of staff so they may be addressed in the moment.

Staff Signature: _____    Date: **2-8-21**

Date: February 6, 2021
To: Cory Turner; Superintendent CMHI-CCUSO Unit
From; Dr. Rabbi Paul Michael Huston; Ph.D. Th.
Cory,

   I am writing to you to let you know about the abuses going on & the lies told to me by your therapists; Psych.3 Tyler Newton.

   On 2-02-21 the first day off quarantine I went to group, & processed a room move request for single man room & off of the unit I am on. RAT request endorsed by therapist Tyler Newton for a single man room request dated: 1-27-21 he endorsed it on 2-02-21!! Tyler Newton said the RAT was mtg. tomorrow on 2-03-21, I was told by both Brent Koedam & Brian Shea they have not met for months. I was denied my previous RAT request dated 1-22-21. I quit taking my Psych. meds over the endangering of my life & the biased treatment by staff including that bigoted Jayla Graybill who appears to be Teflon as she can do wrong & not get fired!! I started taking them again on 2-03-21 at a smaller dose, as Tyler said he couldn't very well insist on Phase 3 advancement if I don't take my meds. I talked to health services on 2-03-21. They allow Pt. Vantine to repeatedly assault the same person [Hopkins] & then move Hopkins, instead of moving Vantine, because PSS Brian Shea is holding his breakfast worker slot, when he should not have a position of trust or power even a short 3 months after repeated assault on the same person. He continually threatens me, & on 1-31-21 between 9:00-9;10 PM I had to tell staff [PSS Traci Lund] to document the threats Vantine made right in front of him. Vantine was not even being talked to, yet wants to impose his will, when I was talking to someone else w/ information the Pt. I was talking too did not know.

   It seems/appears that only *Vantine's victims get punished* around here. Pt. Steve Davis got tired of his bullshit 'tough guy' routine & threw pool balls at him as no staff wanted to do anything about Vantine. Vantine has assaulted; Carl Rupe on S-6, Geoff Thomas S-3, Dusty 'Nikki' Hopkins S-9x2, & threatened me more than I care to count. About two yrs. ago he spit in my face when he got in my face because like Joe Duran he tried to enforce his will when kitchen workers were denying diets there butter, on dry ass potatoes, PSS Traci Lund separated Vantine from my face, but said he didn't see Vantine spit in my face. That was bullshit, they could have rolled the north end camera of S-3 back. Traci didn't want to do the paper work.

   Vantine got rewarded in October 2020 by being given Deon's old single man room. this is an affront to me & every victim Vantine has created through hi assaults at CCUSO. I had put in for the room, I have supposedly been on the list for a single man room since Barnes got me knocked out of #3 on S-9 before he went to Transition this last time. He got me taken out of it by crying to TPS Everett every week he is Phase 4 & black he should not be subject to being in a group room w/ Marcus Hadley. it was later made into a 3 man room w/ Schmuecker, Rutherford, & me right after I got moved out of #3. This I entitlement & racism by TPS Everett, I could claim racism, as I am the only proven registered Jew w/ the national Jewish institute in the US; Aleph Institute.

   I do not get moved & I do not get a single man room I am willing to back it up w/ legal action, as CCUSO babies their pets/favorites Brian Shea is a liar saying he does not have favorites. Vantine & Dake are proven to be his favorites by his actions = Actions speak louder than words!

   Please see RAT request endorsed by therapist Tyler Newton for a single man room request dated: 1-27-21 he endorsed it on 2-02-21!!

Sincerely yours,      *Paul Michael Huston*
                                    **Paul Michael Huston**

**CC: Tyler Newton; Psych. 3**

Please work w/ RAT Team on room assignments
Further, I cannot discuss other patients + their treatment
                                                    Con ___ 2/18/21



Michael Huston
1251 W Cedar Loop Ste 6
Cherokee IA 51012



MAR 01 2021 sgw

U.S. District courthouse
320 sixth Street Room 30
sioux city, IA.
51101

Case 5:21-cv-04012-LTS-KEM     Document 4     Filed 03/19/21     Page 21 of 21